## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Shirley, | Judge Wilhelmina Wright |
| | Magistrate Judge Elizabeth Cowan Wright |
| Plaintiff, | CASE NO. 0:22-cv-00307-WMW-ECW |
| v. | |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, | **NOTICE OF SETTLEMENT WITH EQUIFAX ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, LLC., ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: March 3, 2022

**MADGETT LAW**
/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@mnlegalassistance.com
ATTORNEY FOR PLAINTIFF

1

00670-Shirley