IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Shirley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC,<br><br>　　　　Defendants. | No.: 22-cv-00307-WMW-ECW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: March 30, 2022　　　　　　**MADGETT LAW**

　　　　　　　　　　　　　　　　*/s/ David Madgett*
　　　　　　　　　　　　　　　　David Madgett (#0390494)
　　　　　　　　　　　　　　　　333 S 7th Street, Suite 2450
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　(612) 470-5582
　　　　　　　　　　　　　　　　dmadgett@madgettlaw.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1

Dated:  March 31, 2022

/s/ *Grace E.K. Rouser*
GRACE E.K. ROUSER (#0402021)
**JONES DAY**
90 South Seventh Street
Suite 4950
Minneapolis, MN  5540
Telephone:    +1.612.217.8800
grouser@jonesday.com

Gregory J. Myers, MN #0287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 339-6900
gjmyers@locklaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

2